915 F.2d 1562
 Witty (Robert W., Sally V.), Coleman (Joseph E.), Fiedler (Ronni)
v.
Czin (Jerald W., Maria), Domestic Arbitrage Group, Inc.,
Financial Clearing and Services Corporation, Houtkin (Harvey
I.), Shefts (Mark D.), Houtkin (Sol), Caggiano (Michael V.),
Goodwin (Raymond), Dinattia (Pat), John Doe, Richard Roe, Inc.
 NO. 90-5243
 United States Court of Appeals,
Third Circuit.
 SEP 27, 1990
 
 Appeal From: D.N.J.,
 Politan, J.
 
 
 1
 AFFIRMED.